United States District Court
Southern District of Texas
**ENTERED**
January 09, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-714 |
| | § | |
| MATHIAS OLUSASEGUN IBITOYE | § | |
| OLAWAYOMI THOMPSON IBAGBEOLA | § | |

## O R D E R

Defendant Olawayomi Thompson Ibagbeola filed a motion for continuance, (Docket Entry No. 26). The government and codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 2, 2018 |
| Responses are to be filed by: | April 16, 2018 |
| Pretrial conference is reset to**:** | **April 23, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 30, 2018 at 9:00 a.m.** |

SIGNED on January 9, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge